1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  ROBERT DESTFINO, et al.,                          CASE NO. CV-F-08-1269 LJO DLB

11                          Plaintiffs,               **ORDER ON PLAINTIFFS' REQUEST**
                                                      **FOR EXTENSION TO FILE AMENDED**
12                  v.                                **COMPLAINT**

13  WILLIAM KENNEDY, et al.,

14                          Defendants.
    _____/
15

16          This Court has received and reviewed plaintiffs' request for an extension of time to file an

17  amended complaint as ordered by the Court in the Order On Defendants' Motion to Dismiss.  (Doc. 64.)

18  The Court has also received and reviewed the oppositions to plaintiffs' request. (Doc. 75, 76.)

19          In light of the timing of the Court's further ruling Denying the Motion to Remand (Doc. 68 and

20  73), the Court will grant a brief extension of time for plaintiffs to file an Amended Complaint.

21  Accordingly, plaintiffs shall have through and including November 26, 2008 to file an Amended

22  Complaint.  The Court finds plaintiffs' position, that this case may be remanded based upon defendants'

23  failure to join all defendants in the removal, irrelevant to the filing of an Amended Complaint.

24  IT IS SO ORDERED.

25  **Dated:    November 21, 2008**              _____/s/ Lawrence J. O'Neill_____
                                                UNITED STATES DISTRICT JUDGE
26

27

28

1