IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DESTFINO, et al., | CASE NO. CV-F-08-1269 LJO DLB |
| Plaintiffs, | **ORDER ON REMAND FOR LACK OF JOINDER** |
| v. | |
| WILLIAM KENNEDY, et al., | |
| Defendants. / | |

The Court has read and considered Plaintiffs' Report on Defendants' Joinder (Doc. 93) and Defendants' Reply/Response. (Doc. 98.)

The Court DENIES remand.

IT IS SO ORDERED.

Dated:   January 8, 2009         /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE

1