IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DESTFINO, et al., | ) | 1:08cv1269 LJO DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| | ) | WHY CERTAIN DEFENDANTS |
| Plaintiffs, | ) | SHOULD NOT BE DISMISSED |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM KENNEDY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This action, which involves claims of fraudulent activity relating to representations of financing for homes and automobiles, was removed from the Stanislaus County Superior Court on August 26, 2008. The action is proceeding on Plaintiffs' second amended complaint, filed on February 9, 2009.

By Plaintiffs' November 6, 2008, filing and the Court's March 18, 2009, order, numerous Defendants have been dismissed. However, there is no proof of service as a majority of the remaining Defendants.

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE, if any they have, why the action should not be dismissed for failure to serve the following Defendants pursuant to Federal Rule of Civil Procedure 4:

1. The Lost Sheep[1]
2. Danny V. Sese
3. Gentry Group
4. Jerome Webb
5. Kurt F. Johnson
6. D. Scott Heineman
7. Tony Scarlotta
8. New Century Mortgage Corporation
9. Jeff Ault
10. Vick Singh
11. International Association of Corporation Sole
12. Richard Lalonde
13. WB Financial
14. Financial Title Company

Plaintiffs are ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order.

Failure to respond to this Order to Show Cause may result in sanctions, including dismissal of the above Defendants.

IT IS SO ORDERED.

Dated: **March 24, 2009**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

[1] The Lost Sheep is named as both a d/b/a of William Kennedy and a separate Defendant. William Kennedy filed an answer prior to the removal of this action "individually and as overseer of The Ear of Malchus, a corporation sole." Although he references The Lost Sheep as his d/b/a, it does not appear that The Lost Sheep has answered on its behalf. The Court makes no determination as to whether the Answer is sufficient on behalf of the business entities.