IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DESTFINO, et al., | ) | 1:08cv1269 LJO DLB |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFFS |
| | ) | TO FILE STATUS REPORT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM KENNEDY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This action, which involves claims of fraudulent activity relating to representations of financing for homes and automobiles, was removed from the Stanislaus County Superior Court on August 26, 2008. The action is proceeding on Plaintiffs' second amended complaint, filed on February 9, 2009.

By separate order, the Court has issued an order to show cause why certain Defendants should not be dismissed for failure to complete service pursuant to Rule 4. The following issues remain and Plaintiffs are therefore ORDERED to provide a status report as to:

1. Whether Plaintiffs intend to take the default and move forward with default judgment as to Defendants Lyle E. Davies, Peter Kim, Susan W. Kim and Nichole Klausner; and

2. Plaintiffs' intentions as to William Kennedy, who filed an answer prior to removal.

1

Plaintiffs status reports are due within twenty (20) days of the date of service of this order. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **March 24, 2009**      /s/ **Dennis L. Beck**
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE