1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DESTFINO, | ) | 1:08cv01269 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiffs, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 169) |
| | ) | |
| WILLIAM J. KENNEDY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On April 22, 2009, the Magistrate Judge issued Findings and Recommendation that certain Defendants be dismissed without prejudice.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued April 22, 2009, is ADOPTED IN
         FULL;

1

2.      The following Defendants are DISMISSED WITHOUT PREJUDICE:


          Danny V. Sese
          Gentry Group
          Jerome Webb
          Kurt F. Johnson
          D. Scott Heineman
          Tony Scarlotta
          New Century Mortgage Corporation
          Jeff Ault
          Vick Singh
          International Association of Corporation Sole
          Richard Lalonde
          WB Financial
          Financial Title Company


IT IS SO ORDERED.

**Dated:    June 1, 2009**                          _____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES DISTRICT JUDGE

2