# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DESTFINO, et al., | CASE NO. CV F 08-1269 LJO DLB |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| WILLIAM J. KENNEDY, et al., | |
| Defendants. | |

Given the absence of further matters before this Court, this Court DIRECTS the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated:   March 9, 2011**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE